**FILED**

**NOV 1 6 2012**

**Clerk, U.S. District** and
**Bankruptcy Courts**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL K. CIACCI,                        )
                                          )
        Plaintiff,                        )
                                          )
    v.                                    )        Civil Action No. 12-1078 (UNA)
                                          )
UNITED STATES GOVERNMENT, *et al.*,       )
                                          )
        Defendants.                       )

## MEMORANDUM OPINION

The Court provisionally permitted the above-captioned action to be filed on June 29, 2012. At that time, the Court directed the plaintiff to submit a certified copy of his prison trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate official of each prison at which plaintiff is or was confined, as required by the Prison Litigation Reform Act. *See* 28 U.S.C. § 1915. Notwithstanding the dismissal of his appeal to the United States Court of Appeals for the District of Columbia Circuit, the plaintiff has yet to produce the required trust fund account statement. The Court will dismiss this action without prejudice. An Order is issued separately.

DATE: *Nov. 15, 2012*          _____
                                United States District Judge